# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Geraldine K. Morgan,                          Civil No. 08-3200 (RHK/FLN)

        Plaintiff,                      **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**
vs.

Wyeth, Inc., Wyeth Pharmaceuticals, Inc.,
Pfizer, Inc., Pharmacia & Upjohn Company LLC,

        Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated:  June 27, 2008

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge